UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALONZO VERNON,

                              Movant,

        -against-                                     20 Civ. 7732 (LAK)
                                                        [S4 16 Crim. 488 (LAK)]

UNITED STATES OF AMERICA,

                              Respondent.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The government shall respond to this motion, pursuant to 28 U.S.C. § 2255, within sixty (60) days of the date of this Order.

       SO ORDERED.

Dated:      October 8, 2020

                                                       Lewis A. Kaplan
                                                  United States District Judge