UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALONZO VERNON,

                                              Movant,

       -against-                                                             20-cv-7732 (LAK)
                                                                           [S4 16-cr-488 (LAK)]

UNITED STATES OF AMERICA,

                                              Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The government shall respond to Mr. Vernon's amended motion to vacate under 28 U.S.C. § 2255 [DI 3] within the time stated in the Court's Order with respect to his initial motion [DI 2].

       SO ORDERED.

Dated:       November 20, 2020

                                                /s/ Lewis A. Kaplan  / BT
                                                          Lewis A. Kaplan
                                                    United States District Judge