UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ALONZO VERNON, etc.,

                Movant,

      -against-                                          20-cv-7732 (LAK)
                                                          [16-cr-0488 (LAK)]

UNITED STATES OF AMERICA,

                Defendant(s).
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Any reply by movant to the government's opposition to his Section 2255 motion, as amended, shall be filed on or before December 27, 2020.

        The Clerk shall mail a copy of this order to the movant.

        SO ORDERED.

Dated:     December 10, 2020

                                                      _____
                                                           Lewis A. Kaplan
                                                         United States District Judge