UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ALONZO VERNON,

                     Movant,

-against-                                   20-cv-7732 (LAK)
                                                    [16-cr-0488 (LAK)]

UNITED STATES OF AMERICA,

                     Respondent.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Movant's motion pursuant to 28 U.S.C. § 2255 is denied in all respects, substantially for the reasons stated in the government's opposition.

       A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

       SO ORDERED.

Dated:     December 29, 2020

                                                   /s/ Lewis A. Kaplan
                                                   Lewis A. Kaplan
                                             United States District Judge