UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ALONZO VERNON,

                Movant,

    -against-                                20-cv-7732 (LAK)
                                           [16-cr-0488 (LAK)]

UNITED STATES OF AMERICA,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On December 29, 2020, the Court denied movant's motion pursuant to 28 U.S.C. § 2255 without granting a certificate of appealability. (Dkt. 6.) On January 5, 2021, the Court received a letter from movant, dated December 23, 2020, requesting the appointment of counsel and a 120-day extension to file a reply to his 2255 motion. (Dkt. 7.) For the reasons stated in the Court's previous order denying movant's 2255 motion, these requests are denied. To the extent that movant wishes to provide the Court with new information or evidence pertaining to his 2255 motion, he may move for reconsideration.

        The Clerk shall mail a copy of this order to movant by certified mail, return receipt requested, and so note on the docket.

        SO ORDERED.

Dated:     October 7, 2021

                                                              Lewis A. Kaplan
                                                     United States District Judge

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 10/7/21*