UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-                                   16-cr-0488 (LAK)

ALONZO VERNON,

                Defendant.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Before the Court is defendant's *pro se* motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).[1]

        On July 18, 2017, this Court sentenced defendant principally to a term of imprisonment of 420 months. On December 6, 2023, defendant moved for a reduction of sentence. On February 26, 2024, the Probation Office completed a Revised Supplemental Presentence Report.[2] The government filed its opposition on February 26, 2024.[3]

        Defendant contends that he is eligible for a sentence reduction under Amendment 821 to the Sentencing Guidelines. Specifically, he contends that his criminal history category of III should be reduced to II. Probation concurs. Accordingly, defendant's original Guidelines range of

---

[1] Dkt 255.

[2] Dkt 258.

[3] Dkt 259.

262 to 327 months followed by a consecutive 10 year term is reduced to 240 to 293 months followed by a consecutive 10 year term.[4]  Defendant is eligible for a sentence reduction.

A sentence reduction is not warranted in this case.  First, defendant's offense conduct was particularly serious.  He was a party to an intended murder in furtherance of a drug distribution conspiracy that caused grievous injury.[5]  In addition, defendant has not shown remorse for his actions and has "manifested [his] disrespect for the legal system."[6]  Last, defendant's record of violence during his incarceration[7] confirms this Court's assessment at sentencing that he is "a menace" and "uncommon[ly] . . . dangerous[]."[8]

Defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) is denied.

SO ORDERED.

Dated:     March 4, 2024

_____
Lewis A. Kaplan
United States District Judge

---

[4] Dkt 258 at 3.

[5] Dkts 258 at 1–2; 214 at 27:22–28:1.

[6] Dkt 214 at 28:2–11.

[7] Dkt 258 at 4 (cataloging defendant's numerous disciplinary sanctions while incarcerated including most recently "Fighting with Another Person" in 2023).

[8] Dkt 214 at 28:16–17.