In The United States District Court **MEMO ENDORSED**
Southern District of New York

Alonzo Vernon,
Defendant,
V
United States of America,
Plaintiff.

RECEIVED APR 15 S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/24

Motion of Reconsideration and/or Appeal

Comes now, Alonzo Vernon (Pro Se), before the Court requesting a reconsideration on it's denial of a Sentence reduction under Amendment 821. The defendant was eligible for a Sentence reduction according to the probation office revised supplemental presentence report on February 26, 2024. The Government filed its opposition on February 26, 2024, and the Court ruled on the motion seven days later on March 4, 2024. Not giving the defendant ample time and opportunity to reply to the government opposition. Where the defendant could have made a very compelling yet interesting argument challenging the government's opposition. In add-

1 of 2

ition the defendant would like the opportunity to address the court opinion on or about the defendant's previous behavior.

March 25 2024.

Respectfully Submitted
Alonzo Vernon
54755054

Denied without prejudice to the filing, on or before 6/5/24, of a new motion for reconsideration setting forth all arguments in favor of a different result.

5/15/24

2 of 2

