# MEMO ENDORSED
Copy mailed to movant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___9/20/24___

In the United States District Court
Southern District Of New York

United States of America,
Plaintiff.

v/

Alonzo Vernon,
Defendant.

Defendant's motion for reconsideration of his
previously denied (Dkt 260) motion for a
sentence reduction is denied.  While the Court
agrees that he is eligible under Amendment 821,
it has concluded that no reduction is warranted
for the reasons stated in its previous decision.

**SO ORDERED**                                    9/20/24

**LEWIS A. KAPLAN, USDJ**

## 821 Amendment Reduction Reconsideration
Comes Now, Alonzo Vernon (Defendant), PRO SE,
before the Court in pursuant to Amendment
821 Sentence Reduction. Requesting a Sentence
reduction from 420 months of imprisonment
to 235 or lower months of imprisonment.
Resulting from a Criminal history Category
Change from III (three) to II (two). Changing
the defendants Sentencing guidelines from
262-327 months of imprisonment to 235-
293 months of imprisonment

## Legal Standard
As stated by the government. in general,
a federal Court may not modify a term