USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-25

UNITED STATES DISTRICT COURT
FOR THE
Southern DISTRICT of New York

UNITED STATES OF AMERICA )
Plaintiff/Respondent )
)
v. )
)
)
)
Defendant/Petitioner )
)
Alonzo Vernon )

CASE NUMBER: 16 CR 488 (LAK)

MOTION FOR REDUCTION OF
SENTENCE, PURSUANT TO
TITLE 18 U.S.C. § 3582(c)(2)
AND U.S.S.G. § 1B1.10

NOW COMES, the Petitioner,                    Petitioner

PRO-SE, moving this Honorable Court for a reduction of sentence. This motion

is made pursuant to Title 18 U.S.C. § 3582(c)(2) and is based on a sentencing

range that has subsequently been changed by the United States Sentencing

Commission pursuant to Title 28 U.S.C. § 994(o), and Amendment 821 in relation

to "Status Points" and/or "zero-point offenders", as amended on August 24, 2023

and that has been made retroactive explicitly by the amendment in effect on

February 1, 2014 U.S.S.G. § 1B1.10.

This motion is based on the records and transcripts of the above entitled

case, and any other evidence that this Honorable Court wishes to include in its

ruling on this motion.

Date: February 2, 2025

Respectfully submitted,

Alonzo Vernon

Reg. # 54755054
FCI Victorville # 1
P.O. Box 3725
Adelanto, CA 92301

Previous motion for this
relief was denied 3/4/2024.
Motion for compassionate release
was denied 1/17/2025. No
change in circumstances has been
alleged.
Motion denied.

Lewis A. Kaplan    3/10/25

AO 247 (Rev. 11/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No: |
| | ) USM No: |
| Date of Original Judgment: | ) |
| Date of Previous Amended Judgment: | ) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable.

IT IS ORDERED that the motion is:
☐ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
IT IS SO ORDERED.

Order Date: _____

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

_____
*Printed name and title*

This page contains information that should not be filed in court unless under seal
Not for Public Disclosure

I. COURT DETERMINATION OF GUIDELINE RANGE *Prior to Departures*

II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

III. FACTORS CONSIDERED UNDER USSG §1B1.10 AND 18 U.S.C. §3553

Case 1:16-cr-00488-LAK    Document 271    Filed 02/12/25    Page 4 of 5

# CERTIFICATE OF SERVICE

I, _Alonzo Vernon_ hereby certify that I have served a true and correct copy of the following:

MOTION FOR REDUCTION OF SENTENCE, PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) AND U.S.S.G. § 1B1.10

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston v. Lack, 101 L.Ed.2d 245 (1988), upon the defendant/ defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

and deposited same in the United States Mail at the Federal Correctional Institution, Victorville #1, in Adelanto California.

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 2 day of _February_, 2025.

Signed,

_Alonzo Vernon_

Reg. # 54755054
FCI Victorville #1
P. O. Box 3725
Adelanto, CA 92301

Name: *Alonzo Vernon*

Reg#: *54755054*

Federal Correctional Institution #1

P.O. BOX 3725

ADELANTO, CA 92301

SN BERNARDINO CA 925

3 FEB 2025  PM 7  L

*Clerk of The Court*

*United States Courthouse*

*500 Pearl Street*

*New York, N.Y 10007*

**criminal Docketing**

RECEIVED

FEB 10 2025

CLERK'S OFFICE
S.D.N.Y.

10007-131699